AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____Western_____ District of _____Virginia_____

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 24 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

United States of America )
v. )
Lawson Jacob Dodson )
) Case No: 7:94CR40106-026
) USM No: 04918-084
Date of Previous Judgment: May 15, 1995 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____324_____ months **is reduced to** _____262 months_____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____41_____        Amended Offense Level: _____39_____
Criminal History Category: _____I_____       Criminal History Category: _____I_____
Previous Guideline Range: __324__ to __405__ months   Amended Guideline Range: __262__ to __327__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __5/15/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-24-08

Effective Date: ~~3/3/08~~ 4-3-08
(if different from order date)

Judge's signature

Jackson Kiser, Senior United States District Judge
Printed name and title